IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


LINDA F. MOSLEY,                          )
                                          )
         Plaintiff,                       )        Case No. 2:05-0063
                                          )        Judge Nixon
v.                                        )        Magistrate Judge Brown
                                          )
JO ANNE B. BARNHART,                      )
Commissioner of Social Security,          )
                                          )
         Defendant.                       )


## ORDER

This case is before the Court on Plaintiff's Motion for Judgment on the Administrative

Record (Doc. No. 17), to which Defendant has responded in opposition (Doc. No. 22).

Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 23). No objections

to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and

Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the

Court hereby DENIES Plaintiff's Motion for Judgment on the Administrative Record,

MODIFIES the decision of the Commissioner to reflect a finding of "not disabled" based upon

the testimony of the vocational expert and the framework of Medical-Vocational rules 202.14

and 202.21, and AFFIRMS the decision of the Commissioner as modified. This Order

terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the _____29th_____ day of August, 2006.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT